## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., A Nebraska Corporation, and APPLIED RISK SERVICES, INC., | ) ) ) ) | CASE NO. 8:15CV224 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER OF RECUSAL REQUEST FOR REASSIGNMENT |
| MADRON SERVICES, INC., A New Mexico Corporation, GOLIATH EXCAVATION SERVICES, LLC, A New Mexico Limited Liability Company, MADRON ENTERPRISES, LLC, A New Mexico Limited Liability Company, MADRON MINING, INC., A New Mexico Corporation, and MADRON SURVEYING, INC., A New Mexico Corporation, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." The Plaintiffs, Applied Underwriters, Inc. and Applied Risk Services, Inc., have filed their Disclosure of Corporate Affiliations (Filing No. 7) advising that ten percent or more of its stock is owned by Berkshire Hathaway, an entity on my recusal list. Therefore, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 29th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge