IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., AND A Nebraska Corporation; and APPLIED RISK SERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MADRON SERVICES, INC., A New Mexico Corporation; GOLIATH EXCAVATION SERVICES, LLC, A New Mexico Limited Liability Company; MADRON ENTERPRISES, LLC, A New Mexico Limited Liability Company; MADRON MINING, INC., AND A New Mexico Corporation; and MADRON SURVEYING, INC., A New Mexico Corporation;<br><br>Defendants. | 8:15CV224<br><br>ORDER |

IT IS ORDERED:

1) Plaintiff's letter motion to re-set the pretrial conference, (Filing No. 25), is granted.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 15, 2016 at **10:00 a.m.**, and will be conducted by internet/ telephonic conferencing. The instructions and codes for participating in the pretrial conference will be filed in a separate text order. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 14, 2016.

January 26, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge