IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., AND A Nebraska Corporation; and APPLIED RISK SERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MADRON SERVICES, INC., A New Mexico Corporation; et. al;<br><br>Defendants. | 8:15CV224<br><br>ORDER |

As requested in the parties' motion, (filing no. 30), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference are continued pending further order of the court.

2) The telephonic conference previously scheduled for May 17, 2016 is continued and will be held on July 12, 2016 at 11:30 a.m. to discuss the status of case progression, potential settlement, and the trial and pretrial conference settings. The parties shall use the telephone conference instructions assigned to this case, (see filing 30), to participate in the call.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 31, 2016. Motions to compel Rule 33 through 36 discovery must be filed by June 7, 2016
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is August 2, 2016.

5) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on Daubert and related grounds is August 2, 2016.

May 3, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge