IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., AND A Nebraska Corporation; and APPLIED RISK SERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MADRON SERVICES, INC., A New Mexico Corporation; et. al;<br><br>Defendants. | 8:15CV224<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 30), the following is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The deadline to file an amended answer for Defendants is June 1, 2016.

2) The deadline for Defendants to disclose expert witnesses is June 1, 2016.

May 26, 2016.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge