IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., A Nebraska Corporation; and APPLIED RISK SERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MADRON SERVICES, INC., A New Mexico Corporation; GOLIATH EXCAVATION SERVICES, LLC, A New Mexico Limited Liability Company; MADRON ENTERPRISES, LLC, A New Mexico Limited Liability Company; MADRON MINING, INC., A New Mexico Corporation; and MADRON SURVEYING, INC., A New Mexico Corporation;<br><br>Defendants. | **8:15CV224**<br><br>**ORDER** |

IT IS ORDERED that:

(1) Within fourteen (14) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 8th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge